United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

September 27, 2007

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

| Transfer of Civil Cases | CO# |
|---|---|
| **Honeycutt v Johnson & Johnson** | 1:07-1800 - EWN -CBS |
| **Purvis v Johnson & Johnson** | 1:07-1807 - RPB- KLM |

Dear Sir/Madam:

    Attached is a certified copy of Conditional Transfer Order (CTO-53) of the *Judicial Panel on Multidistrict Litigation* directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    When the case(s) have been closed in your District please follow these procedures:

1. Initiate the civil case transfer functionality in CM/ECF;
2. When prompted to select the "To court" choose "Ohio Northern".

    **Note:** After completing this process the "NEF" screen will display the following message" "Sending e-mail to InterdistrictTransfer_OHND@ohnd.uscourts.gov." If this message is not displayed we have not received notice.

    We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail. If **your court does not utilize the CM/ECF transfer functionality please contact our MDL clerks at the following e-mail addresses and documents will be retrieved using the courts pacer account:**

    **Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

    If you have any questions, please call Renee Schumitsh at (216) 357-7017.

Sincerely,

Geri M. Smith
Northern District of Ohio



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1742

### IN RE Ortho Evra Products Liability Litigation

07-cv-01807-REB-KLM
07-cv-01800-EWN-CBS    *(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-53)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 634 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  s/Renee Schumitsh
Deputy Clerk



# SCHEDULE CTO-53 - TAG-ALONG ACTIONS
## MDL NO. 1742
## IN RE Ortho Evra Products Liability Litigation

**DIST. DIV. C.A. #**  **CASE CAPTION**

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 07-1800 | Sharis Honeycutt v. Johnson & Johnson, et al. |
| CO | 1 | 07-1807 | Kelly Purvis v. Johnson & Johnson, et al. |

**ILLINOIS NORTHERN**
| | | | |
|---|---|---|---|
| ILN | 1 | 07-4419 | Denise Johnson, etc. v. Johnson & Johnson, et al. |

**NEW JERSEY**
| | | | |
|---|---|---|---|
| NJ | 3 | 07-3381 | Annie Britt, et al. v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3567 | April Dolinsek v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3568 | Tiffany Dykema, et al. v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3569 | Sherry Shafer v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3571 | Shannon L. Britton-Armstrong, et al. v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3572 | Theresa Smith Picon v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3573 | Aisha Smothers v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3575 | Susan Crabb, et al. v. Johnson & Johnson, et al. |
| NJ | 3 | 07-3576 | Jessica Cummings, et al. v. Johnson & Johnson, et al. |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| NYS | 7 | 07-7626 | Renee Mascunana v. Johnson & Johnson, et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 4 | 07-463 | Lisa Gozdziak v. Johnson & Johnson, et al. |